Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Stanley Bernard LEWIS |
| **Docket Number:** | 1:05CR00396-01 |
| **Offender Address:** | Bakersfield, California |
| **Judicial Officer:** | Honorable Oliver W. Wanger<br>Senior United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 05/23/06 |
| **Original Offense:** | 18 USC 1343 - Wire Fraud<br>(CLASS C FELONY) |
| **Original Sentence:** | 9 mos. BOP; 3 years TSR; $100 special assessment; mandatory drug testing |
| **Special Conditions:** | Warrantless search; drug counseling; drug testing; mental health counseling; co-payment; and, DNA collection |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 07/03/06 |
| **Assistant U.S. Attorney:** | Stanley A. Boone     **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Robert A. Cassio     **Telephone:** (559) 498-6310 |

**Other Court Action:**

<u>09/19/06</u>:    Court notified of illicit drug use, no action recommended.

RE:     **Stanley Bernard LEWIS**
        **Docket Number:  1:05CR00396-01**
        **PETITION TO MODIFY THE CONDITIONS OR TERM**
        **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

The defendant shall reside and participate in a residential community correctional center, for a period not exceed 120 days; said placement shall commence as directed by the probation officer pursuant to 18 USC 3563(b)(11). The defendant shall pay cost of confinement as determined by the Bureau of Prisons.

**Justification:**   On November 6, 2006, the releasee submitted a urine sample which results returned positive for the use of cocaine, in violation of the condition that he refrain from the use of a controlled substance.

On November 15, 2006, the releasee reported to the probation officer as instructed and readily admitted to the use of cocaine. The releasee then signed a Probation Form 49 - Waiver of Hearing to Modify Conditions of Supervised Release, agreeing to reside and participate in a residential community corrections center for a period not to exceed 120 days. It was further discussed that any future violations would result in the releasee returning to court for a revocation hearing.

**RE:   Stanley Bernard LEWIS**
        **Docket Number:  1:05CR00396-01**
        **PETITION TO MODIFY THE CONDITIONS OR TERM**
        **OF SUPERVISION WITH CONSENT OF THE OFFENDER**


Respectfully submitted,

/s/ Frank Esquivel

**FRANK ESQUIVEL**
**Senior United States Probation Officer**
Telephone:  (661) 861-4354

**DATED:**    November 16, 2006
              Bakersfield, California
              FE:dk

                        /s/ Rick C. Louviere
**REVIEWED BY:**    _____
                    **RICK C. LOUVIERE**
                    **Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

( X )   Modification approved as recommended.

(   )   Modification not approved at this time.  Probation Officer to contact Court.

(   )   Other:

IT IS SO ORDERED.

**Dated:   November 21, 2006**            /s/ Oliver W. Wanger
emm0d6                                    UNITED STATES DISTRICT JUDGE